**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**EULANA BEAVERS**                                                                         **PLAINTIFF**

**V.**                        **CIVIL ACTION NO. 3:25CV163-GHD-RP**

**LAFAYETTE COUNTY, MISSISSIPPI**                                   **DEFENDANT**

**SHOW CAUSE ORDER**

On October 28, 2025, the court allowed counsel for the plaintiff Eulana Beavers. to withdraw and ordered that no later than December 1, 2025, the plaintiff must retain substitute counsel, notify the court that she intends to proceed pro se, or notify the court that she does not intend to prosecute this case further. ECF 20. The court warned the plaintiff that "failure to comply with Orders of this court may result in sanctions, up to and including dismissal of the case, as failure to comply with this Order or other Orders may lead to a presumption that she has chosen not to proceed with this case."

To date, no attorney has entered an appearance for the plaintiff, nor has the plaintiff notified the court that she intends to proceed pro se or that she does not intend to prosecute this case further. Accordingly, the plaintiff is hereby

**ORDERED**

**to show cause, no later than December 26, 2025, as to why her case should not be dismissed. The plaintiff is warned that if she fails to respond and show cause as required by this order, this action will be dismissed.**

This, the 12th day of December, 2025.

                                                                    /s/ Roy Percy
                                                                    UNITED STATES MAGISTRATE JUDGE